# Third District Court of Appeal

## State of Florida

Opinion filed June 29, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-45
Lower Tribunal No. F16-6366
_____

**Jorge Fabian Feliciano Ramos,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Andrea R. Wolfson, Judge.

Carlos J. Martinez, Public Defender, and Andrew Stanton, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Michael W. Mervine, Chief Assistant Attorney General, and Brian H. Zack, Assistant Attorney General, for appellee.

Before LOGUE, MILLER and LOBREE, JJ.

PER CURIAM.

Jorge Fabian Feliciano Ramos appeals a final judgment of conviction

and sentence for attempted second-degree murder with a firearm and possession of a firearm by a convicted felon. We affirm the judgment without discussion and write only to address a scrivener's error within it. See Ashley v. State, 850 So. 2d 1265, 1268 n.3 (Fla. 2003) (defining scrivener's error as written clerical error that is not "the result of a judicial determination or error"). The judgment erroneously lists the attempted second-degree murder with a firearm conviction as a life felony when it is a felony of the first degree.[1] The state properly concedes error. We therefore remand for the correction of the scrivener's error and affirm in all other respects. The defendant need not be present for this ministerial correction of the judgment. See Lowery v. State, 294 So. 3d 464 (Fla. 1st DCA 2020).

Affirmed; Remanded with instructions.

---

[1] Attempted second degree murder is a second-degree felony. § 782.04(2), Fla. Stat.; § 777.04(4)(c), Fla. Stat. (2016). The use of a firearm reclassifies this offense to a first-degree felony. § 775.087(1)(b), Fla. Stat. (2016).